IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
CAROL A. GNEWUCH,              )
                               )
          Plaintiff,           )       4:10CV3165
                               )
     v.                        )
                               )
MICHAEL J. ASTRUE,             )       ORDER
Commissioner of Social         )
Security Administration,       )
                               )
          Defendant.           )
_____)
```

This matter is before the Court on plaintiff's motion for extension of time to file brief (Filing No. 16). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until February 4, 2011, to file her supporting brief.

DATED this 6th day of January, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court