IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAROL A. GNEWUCH, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3165 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's application for attorney fees under the Equal Access to Justice Act (Filing No. 26), and defendant's response to plaintiff's application (Filing No. 29). The Court notes the parties have agreed to an award of fees in the amount of $4,000.00. Accordingly,

IT IS ORDERED that plaintiff's application is granted; plaintiff is awarded attorney fees in the amount of $4,000.00.

DATED this 27th day of December, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court